

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FILED
MAY 2 9 2001
Michael N. Milby
Clerk of Court

B-01-088

**TOP RANK, INC., A FOREIGN CORPORATION** as Broadcast Licensee of the **SEPTEMBER 18, 1998 De La HOYA / CHAVEZ** Program,

CIVIL ACTION NO.: _____

Plaintiff,

v.

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ;

INES MIJANGOS RODRIGUES and SALVADOR VILLEGAS and CARLOS MONDRAGON and IRMA MONDRAGON, Individually, and as officers, directors, shareholders and/or principals of MONDRAGON-VILLEGAS, INC. d/b/a Joe's BBQ and MONDRAGON-VILLEGAS, INC. d/b/a JOE'S BBQ;

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR;

RUDOLPH MARTINEZ, Individually, d/b/a RRDS a/k/a RRD ENTERTAINMENT and RRD a/k/a RRD ENTERTAINMENT;

THOMAS R. BRONS and MARIANNE MATZ BRONS, Individually, and as officers, directors, shareholders and/or principals of RICHARD'S SUN VALLEY RESTAURANT INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE and RICHARD'S SUN VALLEY RESTAURANT INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE;

THOMAS R. BRONS and MARIANNE MATZ BRONS, Individually, and as officers, directors, shareholders and/or principals of RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. d/b/a TROPICASA and RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. d/b/a TROPICASA;

RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES, Individually, d/b/a VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719 and VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719;

Defendants.

----------------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **TOP RANK, INC.** and said corporation's securities are not publicly traded.

Dated:  May 22, 2001
        Ellenville, NY 12428

                                    **TOP RANK, INC.**

                                    By: _____
                                    JULIE COHEN LONSTEIN
                                    LONSTEIN LAW OFFICE, P.C.
                                    S.D.T.X. Admission No. 21857
                                    1 Terrace Hill   PO Box 351
                                    Ellenville, NY 12428
                                    Tel: (845) 647-8500
                                    Fax: (845) 647-6277
                                    Our File No. C98-2TX-S05-S11
                                    (Brownsville Division)