4

# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

Top Rank, Inc., a Foreign Corporation
as Broadcast Licensee of the **September 18, 1998**
**De La Hoya/ Chavez Program,**   Plaintiff

SUMMONS IN CIVIL CASE
CASE NUMBER: B-01-088

V.

Rodolfo Fonseca and Lionel Dominguez Robles,
individually, d/b/a VFW POST 6719 PAT
TUMLINSON a/k/a (VFW) VETERAN OF
FOREIGN WARS POST 6719 and VFW POST
6719 PAT TUMLINSON a/k/a (VFW) VETERANS
OF FOREIGN WARS POST 6719;   Defendants

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

### General Denial

To The Honorable Judge of Said Court:

Now comes <u>Lionel Dominguez Robles, Individually, d/b/a V. F. W. Post 6719 Pat Tumlinson a/k/a (VFW) Veterans of Foreign Wars Post 6719</u> and file his General Denial in the above civil case.

Defendant deny all charges and demand proof thereof. Defendant, a non-profit organization under the Veterans of Foreign Wars, request this denial be filed as notice to the court.

Defendant Lionel Dominguez Robles was not a member of the VFW POST 6719 nor in anyway associated to VFW POST 6719 on or about September, 1998. Defendant Lionel Dominguez Robles' association with VFW POST 6719 began on June, 2000.

Defendant request that they be provided with time to retain legal counsel if funds are available and that they be provided with legal notice of any court settings.

Respectfully Submitted,

*[signature]*

**Lionel Dominguez Robles, Member VFW POST 6719**          PH: 956-689-2562