United States District Court
Southern District of Texas
RECEIVED

AUG 0 2 2001

Michael N. Milby, Clerk

5

## United States District Court

Southern **District of** Texas
Brownsville Division

**Top Rank, Inc., A Foreign Corporation**
as Broadcast Licensee of the **September 18, 1998**
**De La Hoya/Chavez** Program,
Plaintiff,

**V.**

Rodolfo Fonseca and Lionel Dominguez Robles, individually, d/b/a VFW POST 6719
PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WARS POST 6719 and
VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WARS
POST 6719;
Defendants.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: B-01-088

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

## General Denial

**To The Honorable Judge of Said Court:**

Now comes <u>Rodolfo Fonseca and Lionel Dominguez Robles, Individually, d/b/a
V.F.W. Post 6719 Pat Tumlinson a/k/a (VFW) Veterans of Foreing War Post 6719
and VFW Post 6719 Pat Tumlinson a/k/a (VFW) Veterans of Foreign Wars Post
6719</u> and file thye **General Denial** in the above  civil case.

Defendants deny all charges and demand proof thereof. Defendants, a non-profit
organization under the Veterans of Foreign Wars, request this denial be filed as
notice to the court.

Defendants request that they be provided with time to retain legal counsel if funds
are available and that they be provided with legal notices of any court settings.

Respectfully Submitted,

Jose Luis Mendiola - **Former VFW Post 6719 Quartermaster**   PH. **956-689-3796**

**Erasmo R. Chapa - Present Day VFW Post 6719 Commander**   PH. **956-689-3321**

**Israel Mendiola, Jr. - Member, VFW Post 6719**   PH. **956-534-5142**

**Rodolfo Fonseca - Former VFW Post 6719 Commander**   PH. **956-689-3520**