

United States District Court
Southern District of Texas
FILED

AUG 1 7 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**TOP RANK, INC., A FOREIGN CORPORATION** as Broadcast Licensee of the **SEPTEMBER 18, 1998 De La HOYA/ CHAVEZ** Program,

        Plaintiff,

v.

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFE a/k/a 4 ACES CAFE and 4-ACRES CAFE a/k/a 4 ACES CAFE;

INES MIJANGOS RODRIGUES and SALVADOR VILLEGAS and CARLOS MONDRAGON and IRMA MONDRAGON, individually, and as officers, directors, shareholders and/or principals of MONDRAGON-VILLEGAS, INC. d/b/a Joe's BBQ and MONDRAGON-VILLEGAS, INC. d/b/a JOE'S BBQ;

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR;

RUDOLPH MARTINEZ, Individually, d/b/a RRDA a/k/a RRD ENTERTAINMENT and RRD a/k/a RRD ENTERTAINMENT;

THOMAS R. BRONS and MARIANNE MATZ BRONS, Individually, and as officers, directors, shareholders and/or principals of RICHARD'S SUN VALLEY RESTAURANT INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE and RICHARD'S SUN VALLEY RESTAURANT INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE;

THOMAS R. BRONS and MARIANNE MATZ BRONS, Individually, and as officers, directors, shareholders and/or principals of RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. d/b/a TROPICASA and RICHARD'S SUN VALLEY RESTAURANT- TROPICASA, INC.d/b/a TROPICASA;

CIVIL ACTION NO. B-01-088

RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES; Individually, d/b/a VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719 and VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719;

  Defendants.

## DEFENDANT GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR Original Answer

TO THE HONORABLE JUDGE OF SAID COURT:

  GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR, Defendant, files this Original Answer to Plaintiff's Original Petition and by way of answer shows:

I.

Defendant denies generally each and every allegation in Plaintiff's Original Petition and demands strict proof by a preponderance of credible evidence.

  WHEREFORE, Defendant requests judgement of the Court that the State of Texas take nothing by this suit, and that Defendant recover all costs together with such other and further relief to which he may be justly entitled.

            *Georgianna Marie Fricke*
            GEORGIANNA MARIE FRICKE,
            Individually, d/b/a LOS TRES
            AMIGOS BAR and LOS TRES
            AMIGOS BAR;

## **<u>VERIFICATION</u>**

STATE OF TEXAS                              *

COUNTY OF CAMERON                *

BEFORE ME, the undersigned Notary Public, on this day personally appeared GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR; who being by me duly sworn on her oath deposed and said that she is defendant in the above entitled and numbered cause; that she read above and foregoing Defendant's Original Answer; and that every statement contained therein is within her personal knowledge are true and correct.

*Georgianna Marie Fricke*
GEORGIANNA MARIE FRICKE

SUBSCRIBED AND SWORN TO BEFORE ME on this __14th__ day of August, 2001, to certify which witness my hand and seal of office.



JESSICA A SOTO
NOTARY PUBLIC
State of Texas
Comm. Exp. 08-18-2004

*Jessica A Soto*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MY COMMISSION EXPIRES: 8-18-2004

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Defendant's Original Answer has been forwarded to attorney for Plaintiff by Certified Mail, and to all other counsel of record on this __14th__ day of August, 2001.

*Georgianna Marie Fricke*
GEORGIANNA MARIE FRICKE

ClibPDF - www.fastio.com