7

**COPY**

United States District Court
Southern District of Texas
FILED

SEP 0 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

----------------------------------------------------------

TOP RANK, INC., A FOREIGN
CORPORATION as Broadcast
Licensee of the SEPTEMBER 18, 1998
De La HOYA / CHAVEZ Program,

        Plaintiff,

    -against-

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES
CAFÉ a/k/a  4 ACES CAFÉ and 4-ACRES CAFÉ
a/k/a 4 ACES CAFÉ; *et al.*,

        Defendants.

----------------------------------------------------------

CIVIL ACTION NO.: B-01-088

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff, **TOP RANK, INC..**, by and through its attorneys, LONSTEIN LAW OFFICE,

P.C., and as and for its Motion for Summary Judgment as to Defendant **GEORGIANNA MARIE FRICKE,**

**Individually, d/b/a LOS TRES AMIGOS BAR, and LOS TRES AMIGOS BAR,** states the following:

1.    As attested to in the Affidavit of Skip Klauber, Esq., Plaintiff held the exclusive authority to exhibit

    the De La Hoya/Chavez event on September 18, 1998, in Defendant's geographical area.

2.    Plaintiff filed a Summons and Complaint commencing the within action against  **GEORGIANNA**

    **MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR, and LOS TRES AMIGOS**

    **BAR,** (hereinafter referred to collectively as "Defendant"),  on or about May 29, 2001.  Plaintiff's

    Complaint alleges that Defendant violated 47 U.S.C. §553 and §605 (the "Communications Act")

    when she and/or her agents, servants, workmen or employees  unlawfully intercepted, received

    and/or descrambled the encrypted satellite signal transmitting the De La Hoya/Chavez event on

    September 18, 1998, and exhibited the event for purposes of direct or indirect commercial advantage

-1-

or private financial gain in violation of the above statutes and Plaintiff's rights to distribute the event. Annexed hereto as Exhibit "A" is a copy of the Summons and Complaint.

3. On or about August 20, 2001, Defendant served an Answer upon Plaintiff, which contained a general denial. Annexed hereto as Exhibit "B" is a copy of Defendant's Answer.

4. With consent from Defendant's husband, the named holder of the Dish Network account, Plaintiff obtained the account history of the account for Defendant establishment, LOS TRES AMIGOS BAR. While the account provides service to Defendant commercial establishment, LOS TRES AMIGOS BAR, the account is clearly a residential account, with the account listed under the name of Jose Conde, and not LOS TRES AMIGOS BAR. Significantly, the account history indicates that the De La Hoya/Chavez event was exhibited in Defendant's commercial establishment on September 18, 1998, at the residential rate of $44.95. Annexed hereto as Exhibit "C" is a copy of Defendant's Dish Network account history.

5. In addition to the account history showing that the event was exhibited in Defendant's commercial establishment at a residential rate, Plaintiff maintains an Affidavit sworn to by an investigator who witnessed the exhibition of the event in Defendant's commercial establishment. Annexed hereto as Exhibit "D" is the Affidavit of investigator Juan Maldonado.

6. As more fully discussed in Plaintiff's supporting Memorandum of Law, based upon the account history evidencing the exhibition of the event, combined with the investigator's Affidavit, there are no issues of material fact which require a trial of this matter. Plaintiff held the exclusive right to exhibit the boxing event in question to commercial establishments and Defendant clearly exhibited the event in her commercial establishment without the permission of Plaintiff, in violation of 47 U.S.C. §553 and §605.

7. Plaintiff held the rights to show and/or distribute the De La Hoya/Chavez event on September 18, 1998, to commercial entities in Defendant's geographical area. Annexed hereto as Exhibit "E" is

-2-

a copy of the copyright ownership to the event.

8.  As the holder of the rights to distribution of the event to commercial establishments in Defendant's geographical area, Plaintiff contracted with various bars, restaurants and other commercial establishments for the rights to exhibit the fight within their establishments in exchange for a fee. Businesses interested in exhibiting a particular fight contacted Plaintiff. Prior to the night of the event at issue, Plaintiff produced a list of businesses which had contracted to exhibit the event, commonly called a "legal list" within Plaintiff's industry. This list provided the name and address of each business which had legally purchased from Plaintiff the right to exhibit the De La Hoya/Chavez event. Defendant's commercial establishment did not appear on the legal list. Annexed hereto as Exhibit "F" is the legal list for the state of Texas.

9.  Defendant's affirmative actions in purposely defrauding Plaintiff were accomplished by overt acts performed specifically to avoid paying the legal subscription rate for a commercial establishment. Defendant's exhibition of the event in her commercial establishment by means of a residential account demonstrates a *de facto* illegal showing.

10. Defendant's overt acts in registering her commercial establishment as a residential account, rather than a commercial account, were intentional and were done for commercial financial gain, and required scheming and overt acts, justifying the imposition of the maximum statutory damages.

11. Based upon Defendant's exhibition of the event in her commercial establishment under a residential account, as evidenced by the Dish Network account history, in addition to the investigator's Affidavit, Plaintiff respectfully requests that this Court grant Summary Judgment in favor of Plaintiff and, thereafter, permit Plaintiff to submit authorities in support of damages, and for such other and further relief as this Court deems just and proper under the circumstances.

12. Based upon the foregoing, it is respectfully submitted that Plaintiff's Motion for Summary Judgment should be granted in its entirety since there exist no genuine issues of material fact, thereby entitling

CitiPDF - www.fauisa.com

Plaintiff to such relief.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Summary Judgment in its entirety based upon the fact that there exist no genuine issues of material fact, thereafter, permit Plaintiff to submit authorities in support of damages, and for such other and further relief as this Court deems just and proper under the circumstances.

Dated:   September 4, 2001
    Ellenville, New York

             Respectfully submitted,

             LONSTEIN LAW OFFICE, P.C.

             Julie Cohen Lonstein
             Attorney for Plaintiff,
             Attorney in Charge
             NYS Bar Roll No. 2393759
             S.D. TX Admission No. 21857
             1 Terrace Hill, P.O. Box 351
             Ellenville, New York 12428
             Telephone:  (845) 647-8500
             Facsimile: (845) 647-6277
             *Our File No. C98-2TX-S07*

## CERTIFICATE OF SERVICE

   I hereby certify that a true copy of the foregoing documents in support of Plaintiff's Motion for Summary Judgment were served by regular mail on the following parties in the cause this 4th day of September, 2001:

Georgianna M. Fricke, *Pro se*
P.O. Box 987
La Feria, TX 78559-0787

            LONSTEIN LAW OFFICE, P.C.

              Julie Cohen Lonstein

-4-

**Exhibit A**

CutePDF - www.fastio.com

AO 440 (Rev. 10/93) Summons in a Civil Action

 

# United States District Court

__SOUTHERN__ ———— DISTRICT OF ———— __TEXAS__

BROWNSVILLE DIVISION

**TOP RANK, INC., A FOREIGN CORPORATION**
as Broadcast Licensee of the **SEPTEMBER 18, 1998**
De La **HOYA/CHAVEZ** Program,
Plaintiff,

**V.**

GEORGIANNA MARIE FRICKE, Individually, d/b/a
LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR;

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and **LOS TRES AMIGOS BAR;**
Bhwy 83 South Side .5 Mile East Int Kansas City Road
La Feria, TX 78559-7171
**Our File No.  C98-2TX-S07**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**P.O. Box 351**
**Ellenville, New York   12428**

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

MAY 2 9 2001

DATE

# COPY

COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

BROWNSVILLE DIVISION

TOP RANK, INC., A FOREIGN CORPORATION
as Broadcast Licensee of the **SEPTEMBER 18, 1998**
**De La HOYA/CHAVEZ** Program,
Plaintiff,

V.

GEORGIANNA MARIE FRICKE, Individually, d/b/a
LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR;

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-01-088**

TO: (Name and address of defendant)

**GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR** and LOS TRES AMIGOS BAR;
PO Box 987                                          Bhwy 83 South Side .5 Mile East Int Kansas City Road
La Feria, TX 78559-0787                    La Feria, TX 78559-7171
**Our File No. C98-2TX-S07**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**P.O. Box 351**
**Ellenville, New York   12428**

an answer to the complaint which is herewith served upon you, within Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

_(signature)_

(BY) DEPUTY CLERK

DATE   MAY 2 9 2001



United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

TOP RANK, INC., A FOREIGN
CORPORATION as Broadcast
Licensee of the SEPTEMBER 18, 1998
De La HOYA / CHAVEZ Program,

    Plaintiff,

v.

CIVIL ACTION NO.: **B-01-088**

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ
a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES
CAFÉ;

INES MIJANGOS RODRIGUES and SALVADOR
VILLEGAS and CARLOS MONDRAGON and IRMA
MONDRAGON, Individually, and as officers, directors,
shareholders and/or principals of MONDRAGON-
VILLEGAS, INC. d/b/a Joe's BBQ and MONDRAGON-
VILLEGAS, INC. d/b/a JOE'S BBQ;

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS
TRES AMIGOS BAR and LOS TRES AMIGOS BAR;

RUDOLPH MARTINEZ, Individually, d/b/a RRDS a/k/a
RRD ENTERTAINMENT and RRD a/k/a RRD
ENTERTAINMENT;

THOMAS R. BRONS and MARIANNE MATZ BRONS,
Individually, and as officers, directors, shareholders and/or
principals of RICHARD'S SUN VALLEY RESTAURANT
INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS
LOUNGE and RICHARD'S SUN VALLEY RESTAURANT
INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS
LOUNGE;

THOMAS R. BRONS and MARIANNE MATZ BRONS,
Individually, and as officers, directors, shareholders and/or
principals of RICHARD'S SUN VALLEY RESTAURANT-

-1-

TROPICASA, INC. d/b/a TROPICASA and RICHARD'S
SUN VALLEY RESTAURANT-TROPICASA, INC. d/b/a
TROPICASA;

RODOLFO FONSECA and LIONEL DOMINGUEZ
ROBLES, Individually, d/b/a VFW POST 6719 PAT
TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN
WAR POST 6719 and VFW POST 6719 PAT
TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN
WAR POST 6719;

                          Defendants.

---

## COMPLAINT

        Plaintiff, **TOP RANK, INC.**, by their attorneys, LONSTEIN LAW OFFICE, P.C.

complaining of the defendants herein respectfully sets forth and alleges, upon information

and belief, as follows:

### Nature of this Action

      1. This Complaint seeks declaratory and injunctive relief and damages against the

Defendants, unauthorized reception, interception, copying and public exhibition of private

satellite or cable transmissions of the **TOP RANK** cablecast on **SEPTEMBER 18, 1998**,

of the pay-per-view program including certain boxing matches featuring **De La HOYA**

**/CHAVEZ** and certain undercard bouts ("the Program") in violation of the Federal

Communications Act of 1934, 47 U.S.C. § 151 et *seq.* as amended by the Cable

Communications policy Act of 1984, 47 U.S.C. §§ 521 et *seq.*, (the "Cable Communication

Act") and the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq* (the "Copyright Act").

-2-

## Jurisdiction and Venue

2.    This Court has jurisdiction under 28 U.S.C. §1331 in that this action arises under the laws of the United States and under §1338(a) in that this action arises under an Act of Congress relating to copyrights.

3.    Venue in this Court is proper under 28 U.S.C. §§1391(b) and 1400(a) because Defendants reside in or has a regular and established business in this district and the claims arose in this district.

## The Parties

4.    **TOP RANK** is a corporation organized and existing under the laws of the State of Nevada, with its principal place of business in Las Vegas, Nevada.

5.    On information and belief, Defendant, GABRIEL MARTINEZ, doing business as 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ, a commercial establishment, in the state of Texas having a principal place of business at 415 State Hwy 77 North, Sebastian.

7.    On information and belief, Defendant, MONDRAGON-VILLEGAS, INC., is a Texas corporation doing business as JOE'S BBQ, a commercial establishment, in the state of Texas having a principal place of business at Hwy 77 East Side 1 Mile North Int East 11th Street, Lyford, Texas.

8.    On information and belief, Defendants, INES MIJANGOS RODRIGUES, is an individual with a mailing address of P.O. Box 721, Raymondville, Texas, 78580-0721, and doing business in Willacy County, and SALVADOR VILLEGAS and CARLOS MONDRAGON and IRMA MONDRAGON, are individuals with a mailing address of RT. 2 Box 82, Lyford, Texas, 78569, are doing business in Willacy County, and having a

principal place of business at Hwy 77 East Side 1 Mile North Int East 11th Street, Lyford.

9.    On information and belief, Defendant, GEORGIANNA MARIE FRICKE, doing business as LOS TRES AMIGOS BAR, a commercial establishment, in the state of Texas having a principal place of business at Bhwy 83 South Side .5 Mile East Int Kansas City Road, La Feria.

10.    On information and belief, Defendant, GEORGIANNA MARIE FRICKE, is an individual with a mailing address of P.O. Box 987, La Feria,  Texas, 78559-0787, doing business as LOS TRES AMIGOS BAR in Cameron County, Texas and having a principal place of business at Bhwy 83 South Side .5 Mile East Int Kansas City Road, La Feria, TX.

11.    On information and belief, Defendant, RUDOLPH MARTINEZ, doing business as RRDS a/k/a RRD ENTERTAINMENT and RRD a/k/a RRD ENTERTAINMENT,  a commercial establishment, in the state of Texas having a principal place of business at FM 801 North Side .1 Mile East Int FM 800, San Benito.

12.    On information and belief, Defendant, RUDOLPH MARTINEZ, is an individual with a mailing address of RR 9 Box 213A, Harlingen, doing business as RRD a/k/a RRD ENTERTAINMENT in Cameron County, Texas and having a principal place of business at FM 801 North Side .1 Mile East Int FM 800, San Benito.

13.    On  information  and  belief,  Defendant,  RICHARD'S  SUN  VALLEY RESTAURANT INC. is a Texas corporation doing business as RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE, a commercial establishment, in the state of Texas having a principal place of business at 1802 S. 77 Sunshine Strip, Harlingen, Texas 78550-8275.

14.    On information and belief, Defendants, THOMAS R. BRONS and MARIANNE

-4-

MATZ BRONS, are individuals residing at 2102 S. 23rd Street, Harlingen, Texas 78550, are doing business in Cameron County, and having a principal place of business at 1802 S. 77 Sunshine Strip, Harlingen, Texas.

15.    On information and belief, Defendant, RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. is a Texas corporation doing business as TROPICASA, a commercial establishment, in the state of Texas having a principal place of business at 1802 S. 77 Sunshine Strip, Harlingen, Texas 78550-8275.

16.    On information and belief, Defendants, THOMAS R. BRONS and MARIANNE MATZ BRONS, are individuals residing at 2102 S. 23rd Street, Harlingen, Texas 78550, are doing business in Cameron County, and having a principal place of business at 1802 S. 77 Sunshine Strip, Harlingen, Texas.

17.    On information and belief, Defendants, RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES, doing business as VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719, a commercial establishment, in the state of Texas having a principal place of business at Hwy 77 West Side .25 Mile South Int. Hwy 186, Raymondville.

18.    On information and belief, Defendants, RODOLFO FONSECA is an individual with a mailing address of P.O. Box 921, Raymondville, TX, 78580, doing business in Willacy County, Texas and LIONEL DOMINGUEZ ROBLES, is an individual with a mailing address of P.O. Box 539, Lyford, TX, 78580, doing business in Willacy County, Texas and having a principal place of business at Hwy 77 West Side .25 Mile South Int. Hwy 186, Raymondville.

-5-

## TOP RANK Programming

19.   **TOP RANK** owns the copyrights and other exclusive, worldwide rights to promote, produce, exhibit, distribute and license private, commercial-free - pay television entertainment services consisting of special events, sports events and other sports-related programming **TOP RANK** Programming. **TOP RANK** Programming is exhibited, distributed and transmitted to private residential cable subscribers on a pay-per-view basis.

20.   **TOP RANK** caused the transmission of their programming services throughout the United States via satellites over cable and satellite broadcasting networks. **TOP RANK** Programming distributed via satellite transmissions is intended for direct reception by cable or satellite operators for their retransmission to cable or satellite subscribers or by individuals who are expressly authorized by **TOP RANK**, or their agents, to receive **TOP RANK** Programming. In addition, **TOP RANK** contracted with cable and satellite television and satellite system operators, closed-circuit distributors and others both directly and through others to receive **TOP RANK** Programming and to distribute such programming in its entirety to authorized customers, including commercial, closed-circuit customers. Such distributors receive **TOP RANK** Programming by means of satellite antenna dishes or "earth stations". Distributors pay a fee to **TOP RANK** or their authorized agents for each residential or commercial customer who subscribes to **TOP RANK** Programming.

21.   **TOP RANK** Programming is different from that provided by free "over-the-air" standard broadcast television or "basic" cable. **TOP RANK** Programming is licensed on a pay-per-view and closed-circuit basis by **TOP RANK's** authorized distributors. The

-6-

transmissions which embody **TOP RANK** Programming distributed to cable and satellite system operators and closed-circuit distributors are private communications and are not transmitted for the benefit of or use by the general public, but are intended only for use by **TOP RANK's** paying customers, i.e., no person or entity may intercept, exhibit or otherwise use **TOP RANK** Programming without the express authorization and license of **TOP RANK** or their authorized agents.

22.    To prevent persons who have not subscribed to their service from receiving and viewing **TOP RANK** Programming, **TOP RANK** uses an electronic device to scramble or encrypt their satellite transmissions. When **TOP RANK** authorizes a cable or satellite television system operator or closed circuit distributor to distribute and an individual private consumer or a licensed commercial establishment to receive **TOP RANK** Programming and upon agreement to remit payment of the appropriate residential or commercial subscription fee, **TOP RANK** authorizes the cable television or satellite system operators, closed circuit distributors, and commercial and residential customers to unscramble and thereby view the encrypted satellite transmissions carrying **TOP RANK** Programming.

23.    On **SEPTEMBER 18, 1998, TOP RANK** Programming featured a cablecast of the Program.

24.    **TOP RANK** Programming is copyrighted and **TOP RANK** is the owner and holder of a copyright registration for the Program.  A copy of **TOP RANK's** certificate of copyright registration for the Program is annexed hereto and incorporated herein as Exhibit "A".

-7-

## Background to the Defendants Unlawful Conduct

25    On information and belief, Defendant is the owner and operator of an establishment known as 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ located at 415 State Hwy 77 North, Sebastian, Texas, within the Southern District of Texas.

26.    On information and belief, Defendants, INES MIJANGOS RODRIGUES and SALVADOR VILLEGAS and CARLOS MONDRAGON and IRMA MONDRAGON, are the owners and operators of a corporation known as MONDRAGON-VILLEGAS, INC. d/b/a JOE'S BBQ located at Hwy 77 East Side 1 Mile North Int East 11th Street, Lyford, Texas, within the Southern District of Texas.

27.    On information and belief, Defendant, GEORGIANNA MARIE FRICKE, is the owner and operator of an establishment known as LOS TRES AMIGOS BAR, located at Bhwy 83 South Side .5 Mile East Int Kansas City Road, La Feria, Texas, within the Southern District of Texas.

28.    On information and belief, Defendant, RUDOLPH MARTINEZ, is the owner and operator of an establishment known as RRDS a/k/a RRD ENTERTAINMENT, located at FM 801 North Side .1 Mile East Int FM 800, San Benito, Texas, within the Southern District of Texas.

29.    On information and belief, Defendants, THOMAS R. BRONS and MARIANNE MATZ BRONS, are the owners and operators of a corporation known as RICHARD'S SUN VALLEY RESTAURANT, INC. a/k/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE, located at 1802 S. 77 Sunshine Strip, Harlingen, Texas, within the Southern District of Texas.

30.   On Information and belief, Defendants, THOMAS R. BRONS and MARIANNE MATZ BRONS, are the owners and operators of a corporation known as RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. a/k/a TROPICASA , located at 1802 S. 77 Sunshine Strip, Harlingen, Texas, within the Southern District of Texas.

31.   On information and belief, Defendants, RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES, are the owners of an establishment known as VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST FOREIGN WAR POST 6719, located at Hwy 77 West Side .25 Mile South Int Hwy 186, Raymondville, Texas, within the Southern District of Texas.

32.   On information and belief, for the purpose of providing sports-related television programming to their patrons, Defendants maintain a satellite antenna dish or "earth station" outside and attached to the Establishment and/or electronic devices which enabled Defendants to unscramble without authorization encrypted satellite or cable transmissions carrying pay television programming services.

33.   Investigations conducted on or about **SEPTEMBER 18, 1998**, revealed that Defendants intercepted, received, taped and/or exhibited the Program to their patrons at the Establishment.

34.   On information and belief, Defendants did not obtain an appropriate closed-circuit commercial license for the Program and therefore were not authorized to intercept, receive or exhibit the Program or any other **TOP RANK** Programming on **SEPTEMBER 18, 1998**, at the Establishment or in any other location or establishment open to the public.

35.   On information and belief, Defendants effected such unauthorized

-9-

interception, reception and exhibition of the Program by the use of an illegal or unauthorized descrambling, decoding and/or recording device; by ordering the Program in a residential location and removing the authorized residential converter to the Defendants' commercial location, or by such other means as are presently known to themselves.

## COUNT I

### Violations of the Cable Communications Act by Defendants

36.     **TOP RANK** incorporates by reference Paragraphs 1 through 35 above.

37.     On **SEPTEMBER 18, 1998**, Defendants intercepted and showed to their patrons **TOP RANK's** satellite or cable transmissions of the Program. Defendants were not authorized on that date to receive or exhibit **TOP RANK** Programming to the public.

38.     The satellite and cable transmissions embodying **TOP RANK's** telecasts of the Program are radio communications protected by Sections 553 and 605 of the Cable Communications Act.

39.     By receiving and showing such transmissions to their customers without authorization, Defendants violated Sections 553 and 605 of the Cable Communications Act.

40.     Defendants violations of Sections 553 and 605 of the Cable Communications Act were willful and for purposes of direct or indirect commercial advantage or personal financial gain.

41.     **TOP RANK** is the party aggrieved by Defendants' violations of Sections 553 and 605 of the Cable Communications Act and is authorized to institute this action against

-10-

Defendants under Section 553(c)(1) and 605(e)(3)(A)of the Cable Communications Act.

42.    Defendants' violations of Sections 553 and 605 of the Cable Communications Act have injured and will continue to injure **TOP RANK's** ability to maximize the revenues which they seek to derive from the Program and other similar programs, by depriving **TOP RANK** of the benefit of subscribers to their programming and by injuring **TOP RANK's** commercial credibility which is based, in part, on the security of their signal to paying subscribers and exhibitors.  As a further result of such violations, Defendants have gained and will continue to gain unjust profits and undeserved good will.

43.    Unless restrained by this Court, Defendants will continue to violate Sections 553 and 605 of the Cable Communications Act.  Defendants publicly showed **TOP RANK** Programming without authorization and **TOP RANK** cannot practicably detect or determine **TOP RANK** each occasion on which Defendants intercept and publicly show Programming.  Such violations of Sections 553 and 605 of the Cable Communication Act have caused and will continue to cause **TOP RANK** irreparable harm.  **TOP RANK** cannot practicably determine the lost subscribers and lost revenues resulting from Defendants' unlawful conduct.  In addition to diminishing **TOP RANK's** revenues, Defendants' unlawful conduct injures **TOP RANK's** commercial credibility and their ability to attract and finance the future acquisition, production and distribution of quality programming and thereby impairs **TOP RANK's** ability to enhance their future growth and profitability.  **TOP RANK** has no adequate remedy at law to redress such violations.

**COUNT II**

**<u>Copyright Infringement By Defendants</u>**

44.    **TOP RANK** incorporates by reference Paragraphs 1 through 43 above.

-11-

continue to injure the ability of **TOP RANK** to maximize the revenues derived from the Program and other **TOP RANK** Programming, by depriving **TOP RANK** of the benefit of subscribers to their programming and by injuring **TOP RANK's** commercial credibility.  As a further result of such infringement, Defendants have gained and will continue to gain unjust profits and undeserved good will.

54.     Unless restrained by this Court, Defendants will continue to infringe copyrights and other exclusive rights owned by **TOP RANK**.  Defendants publicly showed the Program without authorization and **TOP RANK** cannot practicably detect or determine each occasion on which Defendants infringe **TOP RANK's** copyright and other exclusive rights by publicly showing the Program and other **TOP RANK** Programming.  Such copyright infringement has caused and will continue to cause **TOP RANK** irreparable harm.  **TOP RANK** cannot practicably determine the lost subscribers and lost revenues resulting from Defendants' violations of the Copyright Act.  In addition to diminishing **TOP RANK's** revenues, Defendants' unlawful conduct injures **TOP RANK'S** commercial credibility and their ability to attract and finance the future acquisition, production and distribution of quality programming and thereby impairs **TOP RANK's** ability to enhance their future growth and profitability.  **TOP RANK** has no adequate remedy at law to redress such copyright infringement.

WHEREFORE, **TOP RANK** requests that this Court grant, the following relief:

(1)     Declare that Defendants' unauthorized reception and public exhibition of the satellite or cable transmission embodying **TOP RANK's** telecast of the Program:

(a)     violated Sections 553 and 605 of the Cable Communications Act and that such violation was committed willfully and for purposes of direct

or indirect commercial advantage or private financial gain;

(b)     infringed **TOP RANK's** copyright and other exclusive rights in the Program and that such infringement was willful; and

(2)     In accordance with Sections 553(c)(2)(A)and 605(e)(3)(B)(i)of the Cable Communications Act and Section 502 of the Copyright Act, enjoin Defendants, their officers, agents, servants and employees from receiving and publicly exhibiting satellite and cable transmissions of **TOP RANK's** telecasts of the Program and **TOP RANK's** telecasts of other **TOP RANK** Programming; and

(3)     In accordance with Sections 553(c)(3)(A), 553(c)(3)(B), 605(e)(3)(B)(ii) and 605(e)(3)(C) of the Cable Communications Act and Section 504 of the Copyright Act, award **TOP RANK**:

(a)     the actual damages which **TOP RANK** has suffered, together with any additional profits earned by Defendants as a result of Defendants unauthorized reception and public exhibitions of satellite and cable transmissions embodying **TOP RANK's** telecasts of the Program; or, alternatively at **TOP RANK's** election;

(b)     statutory damages in the amount of $100,000 for each of the copyrighted works which was infringed by Defendants; and

(c)     statutory damages in the amount of $60,000 for Defendants' violation of Section 553 of the Cable and Communications Act, and statutory damages in the amount of $110,000 for Defendants' violation of Section 605 of the Cable and Communications Act; and

(4)     In accordance with Sections 553(c)(2)(C) and 605(e)(3)(B)(iii) of the Cable

-14-

Communications Act and Section 505 of the Copyright Act, direct that
Defendants pay to **TOP RANK** all of their costs and reasonable attorneys'
fees; and

(5)    Grant such other and further relief as is just,

Dated this _22_ day of _May_, 2001.

**TOP RANK, INC.**

By: _____

JULIE COHEN LONSTEIN, ESQ.
S.D.T.X Admission No.  21857
Attorney for Plaintiff
One Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
*Our File No.  C98-2TX-S05 - S11*

-10-

Exhibit A

CVisPDF – www.fastio.com

FROM    TI.15, NO. 3760J26517  P  3

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGI

**PA 916-316**

EFFECTIVE DATE OF REGISTRATION

Oct 2, 1998

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Oscar De La Hoya v. Julio Cesar Chavez, World Boxing Council Welterweight Championship Boxing Match, telecast 9/18/98

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

---

**2**

**a** NAME OF AUTHOR ▼
TOP RANK INC., A Nevada corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Production of telecast; script, editing, commentary

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998
◄ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
United States and Bortabia ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TOP RANK INC.
3980 Howard Hughes Parkway, Ste. 580
Las Vegas NV 89109

APPLICATION RECEIVED
OCT 02 1998
ONE DEPOSIT RECEIVED
OCT 02 1998
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ► • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

CMxPDF · www.texto.com.br

ri ra, No. J760J20517 P  4

EXAMINED BY   DBC119

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼  **a**

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
...l Heitner Esq.
...rr ck, Feinstein
Park Avenue
...rk NY 10016
...de k      ...ytime telephone number ▶ (212  ) 592-1407          Fax number ▶ (212  ) 889-7577

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (check only one) ▼  **8**
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☒ authorized agent of  Top Rank Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Top Rank Inc. by: Michael Heitner, Secretary          Date ▶ October 1, 1998

Handwritten signature (X) ▼
X

**9**

Name ▼
Michael Heitner Esq.
Herrick, Feinstein
...Park Avenue

City/State/ZIP ▼
New York NY 10016

Number/Street/Apt ▼

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE 1996 432 281/90 013

♺ PRINTED ON RECYCLED PAPER

**Exhibit B**

*C 98-271-5 S07*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**TOP RANK, INC., A FOREIGN
CORPORATION** as Broadcast
Licensee of the **SEPTEMBER 18, 1998**
De La HOYA/ CHAVEZ Program,

       Plaintiff,

v.

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFE
a/k/a 4 ACES CAFE and 4-ACRES CAFE a/k/a 4 ACES
CAFE;

INES MIJANGOS RODRIGUES and SALVADOR
VILLEGAS and CARLOS MONDRAGON and IRMA
MONDRAGON, individually, and as officers, directors,
shareholders and/or principals of MONDRAGON-
VILLEGAS, INC. d/b/a Joe's BBQ and MONDRAGON-
VILLEGAS, INC. d/b/a JOE'S BBQ;

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS
TRES AMIGOS BAR and LOS TRES AMIGOS BAR;

RUDOLPH MARTINEZ, Individually, d/b/a RRDA a/k/a
RRD ENTERTAINMENT and RRD a/k/a RRD
ENTERTAINMENT;

THOMAS R. BRONS and MARIANNE MATZ BRONS,
Individually, and as officers, directors, shareholders and/or
principals of RICHARD'S SUN VALLEY RESTAURANT
INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS
LOUNGE and RICHARD'S SUN VALLEY RESTAURANT
INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS
LOUNGE;

THOMAS R. BRONS and MARIANNE MATZ BRONS,
Individually, and as officers, directors, shareholders and/or
principals of RICHARD'S SUN VALLEY RESTAURANT-
TROPICASA, INC. d/b/a TROPICASA and RICHARD'S
SUN VALLEY RESTAURANT- TROPICASA, INC.d/b/a
TROPICASA;

**CIVIL ACTION NO. B-01-088**

RECEIVED
AUG 20 2001

RODOLFO FONSECA and LIONEL DOMINGUEZ
ROBLES; Individually, d/b/a VFW POST 6719 PAT
TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN
WAR POST 6719 and VFW POST 6719 PAT
TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN
WAR POST 6719;

Defendants.

---

## DEFENDANT GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR Original Answer

TO THE HONORABLE JUDGE OF SAID COURT:

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS TRES AMIGOS BAR, Defendant, files this Original Answer to Plaintiff's Original Petition and by way of answer shows:

I.

Defendant denies generally each and every allegation in Plaintiff's Original Petition and demands strict proof by a preponderance of credible evidence.

WHEREFORE, Defendant requests judgement of the Court that the State of Texas take nothing by this suit, and that Defendant recover all costs together with such other and further relief to which he may be justly entitled.

*Georgianna Marie Fricke*

GEORGIANNA MARIE FRICKE,
Individually, d/b/a LOS TRES
AMIGOS BAR and LOS TRES
AMIGOS BAR;

## VERIFICATION

STATE OF TEXAS                          *

COUNTY OF CAMERON                       *

     BEFORE ME, the undersigned Notary Public, on this day personally appeared

GEORGIANNA MARIE FRICKE, Individually, d/b/a LOS TRES AMIGOS BAR and LOS

TRES AMIGOS BAR; who being by me duly sworn on her oath deposed and said that she is

defendant in the above entitled and numbered cause; that she read above and foregoing

Defendant's Original Answer; and that every statement contained therein is within her personal

knowledge are true and correct.

                                       _Georgianna Marie Fricke_
                                       GEORGIANNA MARIE FRICKE

     SUBSCRIBED AND SWORN TO BEFORE ME on this ___14th___ day of August, 2001,

to certify which witness my hand and seal of office.

JESSICA A SOTO
NOTARY PUBLIC
State of Texas
Comm. Exp. 08-18-2004

                    _Jessica A Soto_
                    NOTARY PUBLIC IN AND FOR
                    THE STATE OF TEXAS

                    MY COMMISSION EXPIRES: 8-18-2004

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Defendant's Original

Answer has been forwarded to attorney for Plaintiff by Certified Mail, and to all other counsel of

record on this ____14th____ day of August, 2001.

_Georgianna Marie Fricke_

GEORGIANNA MARIE FRICKE

**Exhibit C**

CVisPDF – www.fenko.com

| Date | From | To | Reference | Description | Amount | Balance |
|------|------|-----|-----------|-------------|--------|---------|
| 1224 | | SM SMSRV | | AMERICA'S TOP 100 CD PKG | 33.98 | 53.97 |
| 1223 | | | 153057108 | PAYMENT - THANK YOU | 62.34- | .00 |
| 1124 | 1209 | 0108 | | ◄――――― BALANCE DUE ―――――► | 0.00 | 179.83 |
| 1124 | | SM SMSRV | | AMERICA'S TOP 100 CD PKG | 33.98 | 176.46 |
| 1108 | | | | LATE CHARGE | 5.00 | 122.49 |
| 1024 | | | | SALES TAX | 3.37 | 117.49 |
| 1024 | | OI OISRV | | UNBEATABLE MOVIE PACKAGE | 19.99 | 80.14 |
| 0924 | | | | SALES TAX | 6.18 | 60.15 |
| 0924 | | OI OISRV | | UNBEATABLE MOVIE PACKAGE | 19.99 | 19.99 |
| 0910 | | | 9100062D | DE LA HOYA VS. CHAV 08:30 P.M. | 44.95 | 58.90 |

| Qty | Service | Discount | Cost | Date |
|-----|---------|----------|------|------|
|     |         |          |      |      |

| Perm Op | Date | Text |
|---------|------|------|
| CMI | 04/13/99 | 04/13/99 14:15 LMTC W/ MN...EG |
| P    066 | 07/11/98 | RECEIVED W/U PYMT OF $24.095 MTCN #6919*973307 THANKS TCSS TEAM |

CIIIPDF - www.fastio.com

| Date | From | To | Reference | Description | Amount | Balance |
|------|------|----|-----------|-------------|--------|---------|
| 0917 | | | A00586217 | CREDIT CARD PAYMENT | 44.95- | 13.88 |
| 0824 | | | | SALES TAX | 4.93 | 58.90 |
| 0824 | | | OI OISRV | UNBEATABLE MOVIE PACKAGE | 19.99 | 19.99 |
| 0807 | | | 145219062 | PAYMENT - THANK YOU | 54.69+ | 60.00 |
| 0711 | | | 644094018 | PAYMENT - THANK YOU | 24.95- | 89.74 |
| 0710 | | | | SALES TAX | 6.75 | 114.69 |
| 0710 | | | OI OISRV | UNBEATABLE MOVIE PACKAGE | 39.98 | 39.98 |

**Exhibit D**

CVISPDF – www.fastio.com

AFFIDAVIT OF:   Juan Maldonado
                 **(Name of investigator)**

COUNTY OF:  WILLACY

STATE OF      Texas

**BEFORE ME**, the undersigned authority, on this day personally appeared _____
Juan Maldonado _____ (name of investigator), and after being first duly
sworn according to law, deposes and states as follows:

1. My name is  Juan Maldonado _____ (name of investigator). I am over the age
of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein,
personally acquainted with the facts stated herein, and state that they are true and correct.

2. I am currently employed by:
               **BULLETPROOF**

3. At approximately __10:00__ p.m. on __Friday__, September __18th__, 1998, I entered:

(name of establishment)  Los Tres Amigos Bar

PO Box 2240 E. Bus 83             La Feria, TX. 78559
   **(street number and address)**                   **(city, state, zip code)**

At that time, I observed that __Los Tres Amigos Bar__ (name of establishment) was
displaying the Oscar De La Hoya vs. Julio Cesar Chavez boxing match and/or its undercard preliminary
bouts. I took a head count at this time and counted approximately __30__ (number of) persons inside the
establishment. I also noticed there were __1__ (number of) televisions and/or monitors for viewing by
patrons inside this establishment.

On the television monitors, I observed the following (detailed as possible about what appeared on screen)
__1st round - Chavez in red trunks__

PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE
NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.

BY: _____*J Maldonado*_____ (signature of investigator)

_____Juan Maldonado_____ (printed name of investigator)

DATED: __Oct__ (month) __9th__ (day), 1998

SWORN TO AND SUBSCRIBED THIS __9th__ DAY OF __October__ (month), 1998.

Notary Public in and for the State of: __Texas__   MY COMMISSION EXPIRES. __2/0/0__

_____Sam Garza_____ (signature of notary public)



SAM GARZA
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 1, 2001

**Exhibit E**

CVisPDF - www.fastio.com

FROM



# FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 910-316**

EFFECTIVE DATE OF REGISTRATION

Oct. 2, 1998

Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Oscar De La Hoya v. Julio Cesar Chavez, World Boxing Council Welterweight Championship Boxing Match, telecast 9/18/98

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

---

**a**   **NAME OF AUTHOR ▼**
TOP RANK INC., A Nevada corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Production of telecast; script, editing, commentary

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
United States

**COPYRIGHT CLAIMANT(S)** Name and Address must be given even if the claimant is the same as the author given in space 2. ▼
TOP RANK INC.
3980 Howard Hughes Parkway, Ste. 580
Las Vegas, NV 89109

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
OCT 02 1998
**ONE DEPOSIT RECEIVED**
OCT. 02.1998
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY **DBCIlq**

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▼         Year of Registration ▼

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼

**7**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

~l Haitner Esq.
~rrick, Feinstein
~ Park Avenue
~w York NY 10016

Area code and daytime telephone number ▶ (212 ) 592-1407         Fax number ▶ (212 ) 889-7577

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (check only one) ▼

**8**

☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☒ authorized agent of **Top Rank Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

~ Rank Inc. by: Michael Heitner, Secretary         Date ▶ October 1, 1998

Handwritten signature (X) ▼

x

---

**9**

Name ▼   Michael Haitner Esq.
          Herrick, Feinstein
Number/Street/Apt ▼ ~ Park Avenue
City/State/ZIP ▼   New York NY 10016

**Exhibit F**

CVISPDF – www.fastio.com

De La Hoya/Chavez
September 18, 1998
Legal List

Today's date: 9/18/98

22

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| CHARLE O'S | | NARAGANSETT | RI | |
| SAND DOLLAR SALOON | 2000 HWY 17 N. | SURFSIDE BEACH | SC | 29575 |
| THE ZONE | 4638 SOUTH 14TH AT. | ABILENE | TX | 79605 |
| EL TENAMPA | 2417 AMARILLO BLVD. EAST | AMARILLO | TX | 79017 |
| GAMBOA'S | 4414 E. AMARILLO BLVD. | AMARILLO | TX | 79107 |
| BILLAREZ MI TIERRA | 312 109TH STREET | ARLINGTON | TX | 76011 |
| CLUB LEGACY | 105 S. WATSON | ARLINGTON | TX | 76010 |
| CLUB LEGENDS | 830 N. WATSON | ARLINGTON | TX | 76011 |
| EL RINCON LATINO | 1407 E. ABRAMS | ARLINGTON | TX | 76010 |
| CLUB CARIBE | 2711 "D" E. CESAR CHAVEZ | AUSTIN | TX | 78702 |
| CLUB CARNIVAL | 2237 E. RIVERSIDE | AUSTIN | TX | 78741 |
| CLUB LATINO | 1907 E. RIVERSIDE | AUSTIN | TX | 78741 |
| SUGARS UPTOWN CABARET | 314 HIGHLAND MALL BLVD. | AUSTIN | TX | 78752 |
| CLUB LA NOCHE | 4613 BELLAIRE BLVD | BELLAIRE | TX | 77401 |
| CASA BLANCE #2000 | 4938 LA CARRETA | BROWNSVILLE | TX | 78521 |
| ROCKY'S GAME ROOM | 1601 TEXAS AVE. SOUTH | COLLEGE PARK | TX | 77840 |
| EL SOMBRERO | 210 CRESTHILL DR. | CONROE | TX | 77031 |
| BUCKETS SPORTS BAR | 227 N. WATER STREET | CORPUS CHRISTI | TX | 78401 |
| golden nuggett nightclub | 5453 S. Staples #w | corpus christi | tx | 78418 |
| HOOP'S SPORTS BAR | 5862 EVERHART RD. | CORPUS CHRISTI | TX | 78413 |
| THE PALACE MENS CLUB | 5850 EVERHART | CORPUS CHRISTI | TX | 78413 |
| 8 BALL LATINO | 2445 NW HWY 101 HARRY HINE | DALLAS | TX | 75220 |
| ARCADIA | 2005 GREENVILLE | DALLAS | TX | 75206 |
| BILLAREZ MEXICO | 228 W. DAVIS STREET | DALLAS | TX | 75208 |
| CHAVELA'S | 907 S. CARROLL | DALLAS | TX | 75223 |
| CHULA VISTA RESTAURANT | 3701 W. NORTHWEST HWY #173 | DALLAS | TX | 75220 |
| CLUB 2001 | 10707 FINNELL STREET | DALLAS | TX | 75220 |
| CLUB PACAHANGA | 2051 W. NORTHWEST HWY. | DALLAS | TX | 75220 |
| DOS AMIGOS | 2716 W. DAVIS | DALLAS | TX | 75211 |
| DREAMS GENTLEMENS CLUB | 525 S. INDUSTRIAL | DALLAS | TX | 75207 |
| EL ALACRAN | 1840 MOCKINGBIRD | DALLAS | TX | 75234 |
| EL CARRIZAL | 1027 S. INDUSTRIAL | DALLAS | TX | 75220 |
| EL INTERNATIONAL | 1001 DENTON DR. | DALLAS | TX | 75220 |
| LEISURE CLUB | 4430 MAPLE AVE. | DALLAS | TX | 75219 |

De La Hoyd/Chavez
September 18, 1998
Legal List

Today's date: 9/18/98

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| LA FANTASIA | 3400 LOMBARDY LANE #105 | DALLAS | tx | 75220 |
| LA OFICINA | 10830 HARRY HINE BLVD. | DALLAS | tx | 75220 |
| LOS SAPITOS #1 | 325 E. JEFFERSON | DALLAS | TX | 75203 |
| LOS SAPITOS #2 | 3400 LOMBARDY LANE | DALLAS | TX | 75220 |
| LOS SAPITOS #3 | 2260 W. ILLINOIS | DALLAS | TX | 75224 |
| LOS SAPITOS #4 | 7819 LAKE JUNE | DALLAS | TX | 75217 |
| LOS SAPITOS #5 | 4611 COLOMBIA BLVD. | DALLAS | TX | 75217 |
| MILLION DOLLAR SALOON | 6848 GREENVILLE | DALLAS | TX | 75231 |
| OSTIONERIA HDZ | 3400 LOMBARDY LANE #104 | DALLAS | TX | 75220 |
| PEGASUS VIDEO | 4414 E. SIDE AVE. | DALLAS | TX | 75226 |
| PLAYA AZUL | 3213 ROSE AVE. | DALLAS | tx | 75206 |
| RIO BRAVO NIGHT CLUB | 512 S. FITZHUGH | DALLAS | TX | 75223 |
| TAQUERIA LA HACIENDA | 10333 DENTON DR. | DALLAS | TX | 75220 |
| EL TEXAS | 4906 MILITARY PARK WAY | DALLAS | TX | 75227 |
| MIGUELENO RESTAURANT &BAR | 3620 W. DAVIDS | DALLAS | TX | 75211 |
| ACEITUNAS BAR | 5200 DONIPHAN | EL PASO | TX | 79932 |
| EL PASO MARRIOTT- PTCHERS BAR | 1600 AIRWAY BLVD. | EL PASO | TX | 79925 |
| HINEY'S BAR | 8220 GATEWAY EAST | EL PASO | TX | 79907 |
| MAIN EVENT | 2280 TRAWOOD | EL PASO | TX | 79936 |
| OFFSIDES BAR | 2602 N. PIEDARS | EL PASO | TX | 79930 |
| PAPAS OF EL PASO | 6315 N. MESA | EL PASO | TX | 79912 |
| RODEO NIGHTCLUB | 6930 ALAMEDA | EL PASO | TX | 79915 |
| ROMEO'S NIGHT CLUB | 9101 GATEWAY WEST | EL PASO | TX | 79925 |
| SENOR NACHO BEER GARDEN | 9173 SOCORRO RD. | EL PASO | TX | 79907 |
| TEXAS TORNADO | 7806 NORTH LOOP DRIVE | EL PASO | TX | 79915 |
| THE TAB BAR & RESTAURANT | 408 E. SAN ANTONIO | EL PASO | TX | 79901 |
| FIESTA NITE LOUNGE | 10331 NORTH LOOP DR. | ELPASO | TX | 79927 |
| LA ESTRELLA | 6201 HWY 195 | FLORENCE | TX | 76681 |
| 400 CLUB | 404 WEST MARGARITA | FORT WORTH | tx | 76104 |
| ARCADIA | 2525 RODEO PLAZA | FORT WORTH | TX | 76106 |
| FIEBRE LATINO | 10241 LEATHERWOOD DR. | FORT WORTH | tx | 76108 |
| HEARTBREAKERS | 11050 SOUTH PIPELINE | FORT WORTH | TX | 76040 |
| SPORTS DOME | BLDG 4200 BATTALION AVE. | FT. HOOD | TX | 75544 |
| SOLIS CIVIC CENTER | 150 PINE ST. | HEREFORD | TX | 79045 |

24

De La Hoya/Chavez
September 18, 1998
Legal List

Today's date:  9/18/98

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| ACAPULCO OYSTER BAR | 4830 N. MAIN | HOUSTON | TX | 77009 |
| ALMA LATINA | 8322 JESSEN | HOUSTON | TX | 77093 |
| AMAZONA CLUB | 1707 BONANZA RD. | HOUSTON | TX | 77062 |
| BALLARTA TROPICAL NIGHTCLUB | 7636 DEMOSS | HOUSTON | tx | 77036 |
| BILLARES EL MEXICANO | 12916 BEAUMONT HWY | HOUSTON | TX | 77049 |
| BILLARES MEXICO | 6614 CARROLL | HOUSTON | TX | |
| CANCUN DRIVE INN | 222 YALE | HOUSTON | TX | 77007 |
| CANCUN SPORTS BAR | 8250 LAWNDALE | HOUSTON | TX | 77012 |
| CAROL'S PLACE | 2299 N. MILBY STREET | HOUSTON | TX | 77003 |
| CASINO TAMAULIPAS | 9715 TELEPHONE RD. | HOUSTON | TX | 77045 |
| CLUB FANTASIA | 7024 LAWNDALE | HOUSTON | TX | 77012 |
| CLUB PERLAS | 8449 GULF FREEWAY | HOUSTON | TX | 77017 |
| CLUB SOFIA | 1325 SHEFFIELD BLVD. | HOUSTON | TX | 77015 |
| COLORADO BAR & GRILL | 6710 SOUTHWEST FREEWAY | HOUSTON | TX | 77074 |
| CRISTIN'S NIGHTCLUB | 11110 HAMMERLY | HOUSTON | TX | 77080 |
| DONA VIKY'S RESTAURANT | 7715 HARRISBURG | HOUSTON | TX | 77012 |
| DOS RIOS CLUB | 7443 PARK PLACE | HOUSTON | TX | 77087 |
| EL CHICO SPORTS BAR | 9275 RICHMOND SUITE 101 | HOUSTON | TX | 77063 |
| EL DOS DE ORO | 2710 BERRY ROAD | HOUSTON | TX | 77093 |
| EL ESCANDALO | 2053 WIRD ROAD | HOUSTON | tx | 77055 |
| EL NIDO | 1405 CROCKET STREET | HOUSTON | TX | 77007 |
| EL PARAISO BAR | 8506 HEMPSTEAD | HOUSTON | TX | 77008 |
| EL POTRERO | 5135 ELLA BLVD. | HOUSTON | tx | 77018 |
| EL REGIONAL | 315 MELBY | HOUSTON | TX | 77003 |
| EL RODEO SOUTH | 10531 GULF FREEWAY | HOUSTON | TX | 77034 |
| EL RODEO WEST | 10086 LONG POINT | HOUSTON | TX | 77055 |
| EL VOLCAN | 3720 BROADWAY | HOUSTON | TX | 77017 |
| EMILIANOS | 210 BROADWAY | HOUSTON | TX | 77012 |
| FANDANGOS II | 7676 DEMOSS | HOUSTON | TX | 77036 |
| FIEBRE LATINA | 10321 CLUB CREEK DR. SUITE E | HOUSTON | TX | 77036 |
| FIESTA MISHOACAN | 11479 NORTH FREEWAY | HOUSTON | TX | 77060 |
| GARIBALDE | 3869 MAGNUN | HOUSTON | TX | 77092 |
| GARIBALDI | 2401 WAY SIDE | HOUSTON | TX | 77023 |
| GARIBALDI NITE CLUB | 13003 FONDREN | HOUSTON | TX | 77035 |

De La Hoya/Chavez
September 18, 1998
Legal List

Today's date: 9/18/98

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| JENIE'S | 7608 CLAREWOOD | HOUSTON | TX | 77036 |
| JUANITA'S BAR | 7518 ARINM | HOUSTON | TX | 77087 |
| JUANITOS NIGHT CLUB | 6762 TELEPHONE ROAD | HOUSTON | TX | 77061 |
| LA BALLETA NIGHT CLUB | 829 W. 34TH | HOUSTON | TX | 77018 |
| LA CUCARACHA | 5826 S. GESSNER | HOUSTON | TX | 77036 |
| LA ESTRALLA SPORT CLUB | 2853 GESSNER | HOUSTON | TX | 77060 |
| LA SIRENA | 5621 WASHINGTON AVE. | HOUSTON | TX | 77007 |
| LAMBADA NITE CLUB | 14435 S. MAIN | HOUSTON | TX | 77035 |
| LAS PALMAS ICE HOUSE | 7204 WALLISVILLE ST. | HOUSTON | TX | 77020 |
| LIBOS PLACE | 7035 LYONS AVE. | HOUSTON | TX | 77020 |
| LOS LLARDAAS | 2406 GESSNER | HOUSTON | TX | 77080 |
| MACARIO SEAFOOD | 1602 MACARIO GARCIA | HOUSTON | TX | 77011 |
| MANCHESTER ICE HOUSE | 9548 MANCHESTER | HOUSTON | tx | 77012 |
| MANDINGA BAR | 1837 BENHLE | HOUSTON | TX | 77055 |
| OSTIONERIA MICHOACAN | 50 ALDINE BENDER | HOUSTON | TX | 77060 |
| PALMERS OICE HOUSE | 7315 LYONS AVE. | HOUSTON | TX | 77020 |
| PANCHO'S BAR | 106 BERRY RD. | HOUSTON | TX | 77022 |
| R & H ICEHOUSE | 315 BROADWAY | HOUSTON | TX | 77012 |
| RITAS POOLROOM | 3627 HILLCROFT | HOUSTON | TX | 77057 |
| RITZ CABARET | 10520 GULF FREEWAY | HOUSTON | TX | 77034 |
| T TOWN 2000 | 6400 RICHMOND AVE. | HOUSTON | TX | 77057 |
| TEQUILA CLUB | 338 S. WAYSIDE | HOUSTON | TX | 77011 |
| TEQUILA SUNRISE | 1920 WIRT | HOUSTON | TX | 77036 |
| TINOS CLUB | 7705 CAHNNELSIDE | HOUSTON | TX | 77012 |
| TODO NIGHT CLUB | 9429 KEMPWOOD | HOUSTON | TX | 77080 |
| TOPAZ | 6501 CHIMNEYROCK | HOUSTON | TX | 77081 |
| TROPICANC NIGHT CLUB 2 | 137 W. DINA | HOUSTON | TX | 77037 |
| VEGAS GAME ROOM | 5720 FONDREN | HOUSTON | TX | 77036 |
| WALKABOUT | 5423 RICHMOND AVE. | HOUSTON | TX | 77057 |
| BULLWINKLES | 1320 I/H 45 | HUNTSVILLE | TX | 77340 |
| CONSOLIDATED CLUB | NAS 601 NIMITZ AVE. #101 | KINGSVILLE | TX | 78363 |
| GULF GREYHOUND PARK | 1000 FM 2004 | LAMARQUE | TX | 77568 |
| XOTICAS | 9502 SAN DARIO | LAREDO | TX | 78045 |
| OASIS | 3 MILES HWY W 83 | MISSION | TX | 78572 |

Case 1:01-cv-00088   Document 7   Filed in TXSD on 09/06/2001   Page 43 of 44

De La Hoya/Chavez
September 18, 1998
Legal List

Today's date:  9/18/98

26

| | | | | |
|---|---|---|---|---|
| BULLFROGS | 1507 NORTH STREET | NACOGDOCHES | TX | 75961 |
| CUE BALL & FOOD | 401 E. 8TH STREET | ODESSA | TX | 79761 |
| LOS ARCOS BALL ROOM | 2205 WHITNEY LANE | ODESSA | TX | 79761 |
| WEST END | 1519 MESA | ODESSA | TX | 79763 |
| TROPICANA | 1707 AVE. D | ROSENBERG | TX | 77471 |
| ALL STARS SPORTS CLUB | 9440 I HWY 10 WST | SAN ANTONIO | TX | 78230 |
| CHAMPIONS | 849 E. COMMERCE | SAN ANTONIO | TX | 78205 |
| EL TAURINO NC | 1323 RUIZ ST. | SAN ANTONIO | TX | 78207 |
| FATSO'SSPORTS GARDEN | 1704 BANDERA RD. | SAN ANTONIO | TX | 78228 |
| RANDYS BALLROOM | 1534 BANDERA RD | SAN ANTONIO | TX | 78228 |
| TEX'S SPORTS BAR & GRILL | 611 NW LOOP 410 | SAN ANTONIO | TX | 78216 |
| THE PALACE MENS CLUB | 2482 E. LOOP 410 | SAN ANTONIO | tx | 78217 |
| TIFFANY'S BILLIARDS | 7011 SAN PEDRO | SAN ANTONIO | TX | 78216 |
| WILD ZEBRA | 2525 NE LOOP 410 | SAN ANTONIO | TX | 78217 |
| CHEERZ SPORTS BAR | 700 LBJ SUITE 112 | SAN MARCOS | tx | 78666 |
| CAMELOT | 2101 PAT BOOKER | UNIVERSAL CITY | TX | 78148 |
| Cenaduria Mexico Rest. | 919-S. State St. | Salt Lake City | UT | 84111 |
| La Frontera | 1444 S 7 WEST | SALT LAKE CITY | UT | 84104 |
| INCA'S | | FALLS CHURCH | VA | |
| MEXICO LINDO | | MANASSAS | VA | |
| PLAYING FIELD | | RICHMOND | VA | |
| KILROYS | | WOODBRIDGE | VA | |
| MUCKLESHOOT CASINO | 2402 AUBURN WAY SOUTH | AUBURN | WA | 98002 |
| Royal Casino | 13010 Highway 99 South | Everett | WA | 98204 |
| LITTLE CREEK CASINO | WEST 91 HWY 108 | SHELTON | WA | 98584 |
| EMERALD QUEEN CASINO | 2102 ALEXANDER AVE. | TACOMA | WA | 98421 |
| PUERTO VALLARTA | 3834 PACIFC AVE. | TACOMA | WA | 98408 |
| 21 CLUB | 1410 PACIFC HWY S. | TUKWILA | WA | 98168 |
| El Fracaso | 1778 Sheridan Rd. | Kenosha | WI | |
| THE RAVE | | MILWAUKEE | WI | |
| CENTENARIO NIGHTCLUB | | PLEASANT PRAIRIE | WI | |
| FCI @ BECKLEY | | BEAVER | WV | |
| CHARLESTOWN RACES | | CHARLESTOWN | WV | |
| MOUNTAINEER PARK | | CHESTER | WV | |

CutePDF - www.fastio.com