IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOP RANK, a Foreign Corporation, as Broadcast Licensee of the September 18, 1998 De La Hoya/Chavez Program | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. B-01-088 |
| Gabriel Martinez, et al., | § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED
OCT 0 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on October 2, 2001, the Court **STRUCK** the Parties' Discovery/Case Management Plan [Dkt. No. 9] and **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 4:00 p.m. on October 10, 2001.

Specifically, the Court advises the parties to submit a **JOINT** Case Management Plan which a) documents a Rule 26 meeting that includes all the Defendants and is signed by all parties; or b) indicates proof of efforts to notify all Defendants of the forthcoming Rule 26 meeting who are not present for such meeting; and c) indicates whether all parties agree to proceed before a magistrate judge.

DONE at Brownsville, Texas, this 2nd day of October 2001.

_____
Hilda G. Tagle
United States District Judge