/1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



ORIGINAL
United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

TOP RANK, INC., A FOREIGN
CORPORATION as Broadcast
Licensee of the **SEPTEMBER 18, 1998
De La HOYA / CHAVEZ** Program,

        Plaintiff,

        v.

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ; et al
        Defendants.

MOTION TO APPEAR
TELEPHONICALLY

Civil Action No. B-01-088

---

Come now plaintiff, **TOP RANK, INC., A FOREIGN CORPORATION**, and moves this Court for permission to appear telephonically at the initial pretrial conference scheduled for **October 15, 2001 at 1:30 p.m. CST** with the plaintiff's attorney placing the telephone call to the Court.

In support thereof, plaintiff would respectfully submit that plaintiff's lead counsel is located in New York State and plaintiff is located in the State of Nevada.

Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

        TOP RANK, INC., A FOREIGN CORPORATION

        By: _____
        JULIE COHEN LONSTEIN, Esq.
        Attorney for Plaintiff
        Attorney in Charge
        NYS Bar Roll No. 2393759
        S.D.T. X. Admission No. 21857
        1 Terrace Hill, P.O. Box 351
        Ellenville, NY 12428
        Tel:  (845) 647-8500
        Fax:  (845) 647-6277

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 5th day of October, 2001:

Georgianna M. Fricke
PO Box 987
La Feria, TX 78559-0787


By:[x] U.S. Mail, postage prepaid

_____
JULIE COHEN LONSTEIN