IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOP RANK, a Foreign Corporation, as Broadcast Licensee of the September 18, 1998 De La Hoya/Chavez Program | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. B-01-088 |
| Gabriel Martinez, et al., | § § | |
| Defendants. | § § | |

United States District Court
Southern District of Texas
ENTERED

OCT 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

BE IT REMEMBERED that on October 11, 2001, the Court, having considered the motion of Plaintiff for permission to appear telephonically at the initial pretrial conference scheduled for October 15, 2001 at 1:30 p.m. CST, hereby **DENIES** the motion. **ORDERED** that the October 15, 2001 Pretrial Conference at 1:30 p.m. CST be held as previously scheduled.

DONE this 11th day of October, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge