14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 12 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TOP RANK, a Foreign Corporation, as Broadcast Licensee of the September 18, 1998 De La Hoya/Chavez Program | § § § § § § | |
| Plaintiff, | § | |
| v. | § § | C.A. NO. B-01-088 |
| Gabriel Martinez, et al., | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on October 12, 2001, the Court **STRUCK** the Parties' Second Discovery/Case Management Plan [Dkt. No. 12] and **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 4:00 p.m. on October 12, 2001, Central Standard Time.

Specifically, the Court advises the parties that a Rule 26 meeting which includes only one named Defendant does not comply with Court Chamber Rule 7(a)(1). Further, the Court **ORDERS** the parties to submit a **JOINT** Case Management Plan which a) documents a Rule 26 meeting and that includes signatures of **all the Defendants** who have answered; or b) indicates proof of efforts to notify **all Defendants** of the forthcoming Rule 26 meeting who are not present for such meeting; and c) indicates whether **all parties** agree to proceed before a magistrate judge.

The Parties are forewarned that the Court will consider imposing monetary sanctions on any party that does not comply with chamber rules by the date specified above.

DONE at Brownsville, Texas, this 12th day of October 2001.

_____
Hilda G. Tagle
United States District Judge