



UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

**TOP RANK, INC., A FOREIGN
CORPORATION** as Broadcast
Licensee of the **SEPTEMBER 18, 1998**
**De La HOYA / CHAVEZ** Program,

          Plaintiff,

  v.

GABRIEL MARTINEZ, *et al*

          Defendants.

Civil Action No. B-01-088
Honorable Hilda G. Tagle

United States District Court
Southern District of Texas
FILED

OCT 1 5 2001

Michael N. Milby
Clerk of Court

---

## VOLUNTARY MOTION FOR PARTIAL DISMISSAL

**TOP RANK INS., A FOREIGN CORPORATION**, Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendants:

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ

INES MIJANGOS RODRIGUES and SALVADOR VILLEGAS and CARLOS MONDRAGON and IRMA MONDRAGON, Individually, and as officers, directors, shareholders and/or principals of MONDRAGON-VILLEGAS, INC. d/b/a Joe's BBQ and MONDRAGON-VILLEGAS, INC. d/b/a JOE'S BBQ

RUDOLPH MARTINEZ, Individually, d/b/a RRDS a/k/a RRD ENTERTAINMENT and RRD a/k/a RRD ENTERTAINMENT

THOMAS R. BRONS and MARIANNE MATZ BRONS, Individually, and as officers, directors, shareholders and/or principals of RICHARD'S SUN VALLEY RESTAURANT INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE and RICHARD'S SUN VALLEY RESTAURANT INC. d/b/a RICHARD'S RESTAURANT a/k/a RICHARDS LOUNGE

THOMAS R. BRONS and MARIANNE MATZ BRONS, Individually, and as officers, directors, shareholders and/or principals of RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. d/b/a TROPICASA and RICHARD'S SUN VALLEY RESTAURANT-TROPICASA, INC. d/b/a TROPICASA

be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure.

This Motion is specific to said Defendant and does not effect the remaining claims against any other named Defendant.

Dated: October 12, 2001
      Ellenville, New York

                      TOP RANK, INC., A FOREIGN CORPORATION

                      By:_____
                      Julie Cohen Lonstein, Esq.
                      Attorneys for plaintiff
                      Attorney in Charge
                      NYS Bar Roll No. 2393759
                      S.D.T.X. Admission No. 21857
                      1 Terrace Hill, P.O. Box 351
                      Ellenville, New York 12428
                      Tel: (845) 647-8500
                      Fax: (845) 647-6277

ClibPDF - www.fastio.com