

# COPY

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 1 5 2001**

Michael N. Milby
Clerk of Court

-------------------------------------------------------

**TOP RANK, INC., A FOREIGN
CORPORATION** as Broadcast
Licensee of the **SEPTEMBER 18, 1998
De La HOYA / CHAVEZ** Program,

Plaintiff,

v.

**GABRIEL MARTINEZ**, *et al*
Defendants.

-----------------------------------------------------------------------

Civil Action No. B-01-088
Honorable Hilda G. Tagle

### CERTIFICATE OF DILIGENCE

JULIE COHEN LONSTEIN, counsel for Plaintiff, Top Rank, Inc., under penalty of perjury,

hereby states the following:

I have made numerous diligent attempts to confer with *Pro Se* Defendant, Georgianna M.

Fricke, regarding the submission of numerous documents, including the Joint Pretrial Order, and on

every occasion, Ms. Fricke has not given me the courtesy of a response. The history is as follows:

1.    On or about August 21, 2001, Plaintiff received a copy of the Answer to its

Complaint for Defendant Georgianna M. Fricke, Individually and d/b/a Los Tres Amigos Bar.

2.    Further, a Summary Judgment Motion was submitted to the Court and served upon

Defendant on or about August 27, 2001, to which Defendant has never responded.

3.    On or about September 20, 2001, the undersigned forwarded , via Express Mail,

a copy of the Court's Order Setting Conference, proposed Scheduling Order, and a letter requesting

Ms. Fricke contact my office upon receipt.    No response was received from Ms. Fricke.

Additionally, I attempted to contact Ms. Fricke, in order to hold the Rule 26(f) Meeting, and

-1-

CfilPDF - www.fxsio.com

regarding the Scheduling Conference, by telephone. However, I was unable to reach her, as there was no answer at any of the three (3) telephone numbers we had listed for her. A copy of the letter and Delivery Confirmation requesting Ms. Fricke contact my office is annexed hereto as Exhibit "A."

4.      As a result of Ms. Fricke's failure to contact my office regarding the Discovery/Case Management Plan, Plaintiff sent the Discovery Plan to the Court for filing via Overnight Mail. A copy of the letter forwarding the Discovery Plan to the Court, and indicating that Plaintiff was unable to confer with Defendant regarding same, is attached hereto as Exhibit "B."

5.      On or about October 3, 2001, Plaintiff received an Order from the Court stating that a Joint Discovery/Case Management Plan was to be filed by 4 o'clock p.m., on October 10, 2001. In response, Plaintiff forwarded a copy of the Court's Order of October 2, 2001, to Ms. Fricke via Express Mail. To date, I am still awaiting a response to said letter. A copy of the letter forwarding same, and the Delivery Confirmation is attached hereto as Exhibit "C."

5.      The Defendant failed to respond to any of Plaintiff's overtures, and in an effort to comply with discovery deadlines, the undersigned forwarded a revised copy of the Discovery/Case Management Plan to the Court on October 9, 2001, via Airborne Express, with a copy of same to Ms. Fricke, also via Airborne Express. A copy of the letter and the Airborne Express receipts are annexed hereto as Exhibit "D."

6.      Subsequent to the Airborne Express package being sent to the Court, the undersigned was served with a copy of the General Denial of Defendants Rodolfo Fonseca and Lionel Dominguez Robles, Individually, d/b/a VFW Post 6719 Pat Tumlinson a/k/a (VFW) Veterans of Foreign War Post 6719, and was not aware of their appearance prior to the submission.

7.      On October 12, 2001, Plaintiff received, via facsimile, Judge Tagle's October 12,

CutePDF - www.fastio.com

2001, Order, Ordering the parties to submit a Joint Case Management Plan before 4 o'clock p.m., Central Standard Time.

8.      Plaintiff submits this Certificate of Diligence to this Honorable Court in response to Judge Tagle's Order dated October 12, 2001, and respectfully states that many numerous and diligent attempts have been made by telephone and letter to confer with Geogianna Marie Fricke, Individually and d/b/a Los Tres Amigos Bar, and that no response has ever been forthcoming. Plaintiff further respectfully requests more time to contact the defendants Rodolfo Fonseca and Lionel Dominguez Robles, Individually, d/b/a VFW Post 6719 Pat Tumlinson a/k/a (VFW) Veterans of Foreign War Post 6719, in order to hold the Rule 26(f) Meeting, and to comply with Judge Tagle's October 12, 2001, Order.

Dated:  October 12, 2001
        Ellenville, NY

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
Attorney for Plaintiff,
Attorney in Charge
NYS Bar Roll No.  2393759
S.D. TX Admission No.  21857
1 Terrace Hill, PO Box 351
Ellenville, NY 12428
Tel:  845-647-8500
Fax:  845-647-6277
*Our File No.  C98-2TX-S07*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **12th day of October, 2001**, your deponent served the foregoing Certificate of Diligence by Express Mail on the following:

    Georgianna M. Fricke
    PO Box 987
    La Feria, TX 78559-0787

-3-

VFW Post 6719 Pat Tumlinson
Attn:  Rodolfo Fonseca and Lionel Dominguez Robles
P.O. Box 921
Raymondville, TX 78580

Jason Mann, Esq.
Mann & Mann
PO Box 231
Harlingen, TX 78551

_____
Julie Cohen Lonstein, Esq.

*Exhibit* A

ClickPDF – www.fastio.com

# *Lonstein Law Office, P. C.*

**Attorneys and Counselors at Law**

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D  Lonstein

Julie Cohen Lonstein

¹ Rosalie A  Wallis

\* Also admitted in NJ, PA & MA
¹ Also admitted in New Mexico

Albert I  Lonstein (1930 - 1993)

Benjamin Lonstein (1909 - 2000)

September 20, 2001

Geogianna Marie Fricke
PO Box 987
La Feria, TX 78559-0787

Re:   Top Rank, Inc. v. Gabriel Martinez, *et al*
        Event: September 18, 1998  DeLaHoya/Chavez
        Civil Action No. B-01-088
        Our File No.  C98-2TX-S07

Dear Ms. Fricke:

Pursuant to Court Order, we are required to file a  Joint Report of Rule 26(f) Meeting and Joint
Discovery/Case Management Plan on or before October 1, 2001.  Enclosed herein please find a copy
of said Order and the Proposed Joint Report with regard to the above matter.

Please contact my office upon receipt to discuss your contributions to the Report.  Failure to do so
will result in submission of the Report without the benefit of your contributions.

I look forward to hearing from you.

Very truly yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ea
Encl.
via Express Mail

EJ418212148US



**Shipping Solutions** *Track & Confirm*

**Delivery Status**

You entered EJ41 8212 148U S

Your item was delivered at 2:10pm on September 27, 2001 in LA FERIA, TX 78559. The item was signed for by FRICKE.

*Shipment*

*Request Delivery*

Exhibit B

CVisPDF - www.fastio.com

# *Lonstein Law Office, P. C.*

**Attorneys and Counselors at Law**

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

---

*Wayne D. Lonstein

Julie Cohen Lonstein

‡ Rosalie A. Wallis

\* Also admitted in NJ, PA & MA
‡ Also admitted in New Mexico

Albert I. Lonstein (1930 - 1993)

Benjamin Lonstein (1909 - 2000)

September 28, 2001

Juan Barbosa, Deputy in Charge
United States District Court
1158 Federal Building
600 E. Harrison Street
Brownsville, TX  78520-7114

EJ418212046US

Re:    Top Rank, Inc. vs. Gabriel Martinez, *et al*
       Event: September 18, 1998   DeLaHoya/Chavez Program
       Civil Action NO.  B-01-088
       Our File No. C98-2TX-S07

Dear Mr. Barbosa:

Enclosed find for filing is an original and one copy of the Discovery/Case Management Plan in the above captioned matter. Although Plaintiff made requests for Defendants' participation, Ms. Fricke did not contact Plaintiff. As a result, the Report is submitted without Defendants' participation.

Further enclosed is a copy of the Report which I would appreciate you date stamping and returning to me in the self addressed, stamped envelope provided for your convenience.

Thanking you for consideration, I am,

Respectfully yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ea
Enclosure
cc: Georgianna Marie Fricke

EJ418212032US

Case 1:01-cv-00088   Document 16   Filed in TXSD on 10/15/2001   Page 10 of 17

**Delivery Status**

You entered EJ41 8212 032U S

We attempted to deliver your item at 10:17am on October 01, 2001 in LA FERIA, TX 78559 and a notice was left. A second delivery attempt will be made. If unsuccessful, we will hold it for five business days and then it will be return the sender. No further information is available for this item.

Exhibit C

# Lonstein Law Office, P. C.

**Attorneys and Counselors at Law**

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D. Lonstein

Julie Cohen Lonstein

ᶦ Rosalie A. Wallis

* Also admitted in NJ, PA & MA
ᶦ Also admitted in New Mexico

Albert I. Lonstein (1930 - 1993)

Benjamin Lonstein (1909 - 2000)

October 4, 2001

Geogianna Marie Fricke
d/b/a Los Tres Amigos Bar
PO Box 987
La Feria, TX 78559-0787

Re:    Top Rank, Inc. v. Gabriel Martinez, *et al*
        Event: September 18, 1998   DeLaHoya/Chavez
        Civil Action No. B-01-088
        Our File No.  C98-2TX-S07

Dear Ms. Fricke:

Enclosed is the Court's Order requiring the parties to submit a Joint Discovery/Case Management Plan on or before October 10, 2001, at 4 p.m.  Also enclosed is a copy of the proposed Joint Discovery/Case Management Plan.

Our previous attempts to elicit your participation in a Rule 26(f) Meeting were unsuccessful. Pursuant to the Court Order, please contact this office immediately upon receipt so that we may comply with the Court's Order.

I look forward to hearing from you.

Very truly yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ea
Encl.
via Express Mail    ET 326200299 US

Case 1:01-cv-00088   Document 16   Filed in TXSD on 10/15/2001   Page 13 of 17



**Delivery Status**

You entered ET32 6200 299U S

We attempted to deliver your item at 9:36am on October 06, 2001 in LA FERIA,
TX 78559 and a notice was left. A second delivery attempt will be made. If
unsuccessful, we will hold it for five business days and then it will be returned to
the sender. Status is updated every evening. Please check again later.

*Shipment History >*

**Track & Confirm**

Enter number from shipping re
the field below:

**Exhibit D**

CVisPDF – www.fastio.com

| 1 | Sender Account Number | | Preprint Format No | 4 | Payment | | Origin | Airbill Number |
|---|---|---|---|---|---|---|---|---|

**1** Sender Account Number: 152062335   Preprint Format No: 70670226

FROM (Company): LONSTEIN LAW OFFICE PC

Street Address: RTE 209 & TERRACE HILL

City: ELLENVILLE   State: NY   ZIP CODE (Required): 12428

Sent by (Name/Dept): 

Phone: 914-647-8500

**4 Payment** Sender will be billed unless marked otherwise

Bill to. Receiver ☐ 3rd Party ☐

Paid in Advance ☐   Check No   Amount

Billing Reference (will appear on invoice): SC1388

Origin: SWF   Airbill Number: 6761725143

Account # (Required if 3rd Party)

**5 Service Type** One box must be checked

☒ Express

☐ Next Afternoon

☐ Second Day (Letter - 150 lbs)

**6** # of Pkgs   **7** Weight (LBS) REQUIRED   **8** Packaging ☐ Letter ☐ Express   One box must be checked ☐ Express Pack ☐ Other Packaging

**2 TO (Company):** LOS Tres Amigos

Street Address: E. Bus Hwy 987

City: La Feria   State: TX   ZIP CODE (Required): 78559

Attention: (Name/Dept): Georganna M. Ficke

Description: Legal Documents

**Special Instructions**
☐ Saturday Delivery  Extra charge Express only Not available to all locations
☐ Lab Pack Service
☐ Hold at Airborne

Declared Value ☐ or Full Insurance ☐ $ .00   Shipment Valuation

Airborne Signature

Date   Time   Route No

**3 Sender's Signature:** Lonstein Law Office   Date: 10/9/01

Received At: 532   ☐ Drop Box #   ☐ Airborne Terminal

www.airborne.com   SENDER'S COPY

**AIRBORNE EXPRESS**

PO BOX 662, SEATTLE, WA 98111 0662

1-800-247-2676

# *Lonstein Law Office, P. C.*

**Attorneys and Counselors at Law**

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D. Lonstein

Julie Cohen Lonstein

ᵗ Rosalie A  Wallis

* Also admitted in NJ, PA & MA
ᵗ Also admitted in New Mexico

Albert I  Lonstein (1930 - 1993)

Benjamin Lonstein (1909 - 2000)

October 9, 2001

Juan Barbosa, Deputy in Charge
United States District Court
1158 Federal Building
600 E.  Harrison Street
Brownsville, TX  78520-7114

Re:   Top Rank, Inc. vs.  Gabriel Martinez, *et al*
        Event: September 18, 1998   DeLaHoya/Chavez Program
        Civil Action NO. B-01-088
        Our File No. C98-2TX-S07

Dear Mr.  Barbosa:

Enclosed find for filing is an original and one copy of the Discovery/Case Management Plan in the above captioned matter. Although Plaintiff made requests for Defendants' participation, Ms. Fricke did not contact Plaintiff.  Attached hereto, please find copies of the letters sent to the Defendant on September 20, 2001, and October 4, 2001, via Express Mail, requesting her participation in the preparation of the Report, along with the Confirmation of Delivery of same. Plaintiff also attempted contacting Ms. Fricke by telephone on several occasions, however, was unsuccessful as the Defendant's telephone has been disconnected.  As a result, the Report is submitted without Defendants' participation.

Further enclosed is a copy of the Report which I would appreciate you date stamping and returning to me in the self addressed, stamped envelope provided for your convenience.

Thanking you for consideration, I am,

Respectfully yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ea
Enclosure
cc: Georgianna Marie Fricke

# *Lonstein Law Office, P. C.*

**Attorneys and Counselors at Law**

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D. Lonstein

Julie Cohen Lonstein

† Rosalie A. Wallis

* Also admitted in NJ, PA & MA
† Also admitted in New Mexico

Albert I. Lonstein (1930 - 1993)

Benjamin Lonstein (1909 - 2000)

October 4, 2001

Geogianna Marie Fricke
d/b/a Los Tres Amigos Bar
PO Box 987
La Feria, TX 78559-0787

Re:    Top Rank, Inc. v. Gabriel Martinez, *et al*
       Event: September 18, 1998   DeLaHoya/Chavez
       Civil Action No. B-01-088
       Our File No.  C98-2TX-S07

Dear Ms. Fricke:

Enclosed is the Court's Order requiring the parties to submit a Joint Discovery/Case Management Plan on or before October 10, 2001, at 4 p.m.  Also enclosed is a copy of the proposed Joint Discovery/Case Management Plan.

Our previous attempts to elicit your participation in a Rule 26(f) Meeting were unsuccessful. Pursuant to the Court Order, please contact this office immediately upon receipt so that we may comply with the Court's Order.

I look forward to hearing from you.

Very truly yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ea
Encl.
via Express Mail    ET 326200299 US