IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TOP RANK, a Foreign Corporation, as Broadcast Licensee of the September 18, 1998 De La Hoya/Chavez Program § § § § § § Plaintiffs, § § v. § § Gabriel Martinez, et al., § § Defendants. § | CIVIL ACTION NO. B-01-88 |

## ORDER

BE IT REMEMBERED, that on October 15, 2001, the Court **GRANTED** Plaintiff Top Rank's Voluntary Motion for Partial Dismissal [Dkt. No. 15] as to the following Defendants:

1. Gabriel Martinez, Individually, d/b/a 4–Acres Café a/k/a 4 Aces Café and 4-Acres Cafe a/k/a 4 Aces Café

2. Ines Mijangos Rodriguez and Salvador Villegas and Carlos Mondragon and Irma Mondragon, Individually, and as officers, directors, shareholders, and/ or principals of Mondragon-Villegas, Inc. d/b/a Joe's BBQ and Mondragon-Villegas, Inc. d/b/a Joe's BBQ

3. Rudolph Martinez, Individually, d/b/a RRDS a/k/a RRD Entertainment and RRD a/k/a RRD Entertainment

4. Thomas R. Brons and Marianne Matz Brons, Individually, and as officers, directors, shareholders and/or principals of Richard's Sun Valley Restaurant Inc. d/b/a Richard's Restaurant a/k/a Richards Lounge and Richard's Sun Valley Restaurant Inc. d/b/a Richard's Restaurant a/k/a Richards Lounge

5. Thomas R. Brons and Marianne Matz Brons and Marianne Matz Brons, Individually, and as officers, directors, shareholders and/or principals or Richard's Sun Valley Restaurant-Tropicasa, Inc. d/b/a Tropicasa and Richard's

Sun Valley Restaurant-Tropicasa, Inc. d/b/a Tropicasa.

Accordingly, the case against the aforementioned Defendants is hereby **DISMISSED** with prejudice.

DONE at Brownsville, Texas, this 15th day of October 2001.

_____
Hilda G. Tagle
United States District Judge