IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOP RANK, a Foreign Corporation, as Broadcast Licensee of the September 18, 1998 De La Hoya/Chavez Program | § § § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-01-88 |
| Gabriel Martinez, et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on October 15, 2001, as to the Defendant Georgianna Marie Fricke, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management up to trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 15th day of October 2001.

Hilda G. Tagle
United States District Judge