20

================================================================

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

================================================================

TOP RANK INC. ETAL

\*

\* C.A. NO. 01-88

VS

\*

MARTINEZ, ETAL

\*

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby, Clerk of Court

By: 

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.  28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Jason R. Mann | Top Rank, Inc. Plaintiff | 10-15-2001 |
| Lionel D. Robles | Defendant | 10-15-01 |
| Rodolfo Fonseca | Defendant | 10-15-01 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

10/15/01

Date

United States District Judge

**NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**