

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TOP RANK | * | |
| VS | * | C.A. NO. B01-088 |
| | | (636(c)) |
| GABRIEL MARTINEZ, ET AL | * | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

An initial pretrial conference and hearing on pending motions, in above-captioned and numbered cause of action, are hereby scheduled for **November 29, 2001**, at **2:00 p.m.**

DONE at Brownsville, Texas, this **19th** day of **October 2001**.

Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701