**COPY**

22

United States District Court
Southern District of Texas
FILED

OCT 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOP RANK INC., | § | |
| Plaintiff, | § § § | |
| v. | § | No. B-01-088 |
| GABRIEL MARTINEZ, et al | § § | |
| Defendant. | § § | |

## ENTRY OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    We hereby enter our appearance as counsel for TOP RANK INC. We are attorneys and members in good standing of the State Bar and Federal Bar of Texas.

    Respectfully submitted,

J. Edward Mann, Jr. & Associates

By: _____
Jason R. Mann
Bar Card No. 24004793
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956-428-4114
Facsimile: 956-428-9494

ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I, Jason R. Mann, do hereby certify that a copy of the foregoing document has been mailed and faxed to:

Julie Cohen Lonstein
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

on this 15st day of October, 2001.

_____
Jason R. Mann