UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **TOP RANK, INC., A FOREIGN CORPORATION** as Broadcast Licensee of the **SEPTEMBER 18, 1998 De La HOYA / CHAVEZ** Program, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ a/k/a  4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ; et al <br> Defendants. | **MOTION TO APPEAR TELEPHONICALLY** <br><br> Civil Action No. B-01-088 |

-----------------------------------------------------------

Come now plaintiff, **TOP RANK, INC., A FOREIGN CORPORATION**, and moves this Court for permission to appear telephonically at the initial pretrial conference scheduled for November 29, 2001 at 2:00 p.m. CST with the plaintiff's attorney placing the telephone call to the Court.

In support thereof, plaintiff would respectfully submit that the plaintiff's lead counsel is located in New York State and plaintiff is located in the State of Nevada.

Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

TOP RANK, INC., A FOREIGN CORPORATION

By:_____
JULIE COHEN LONSTEIN, Esq.
Attorney for Plaintiff
Attorney in Charge
NYS Bar Roll No. 2393759
S.D.T. X. Admission No. 21857
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel:    (845) 647-8500
Fax:   (845) 647-6277

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 24th day of October, 2001:

Georgianna M. Fricke, Pro Se
PO Box 987
La Feria, TX 78559-0787

Israel Mendiola, Jr.
PO Box 121
Raymondsville, Texas 78580

Jason Mann, Esq.
Mann & Mann
PO Box 231
Harlingen, TX 78551

By (x) U.S. Mail, postage paid

_____
JULIE COHEN LONSTEIN

ClibPDF - www.fastio.com