24

United States District Court
Southern District of Texas
ENTERED

NOV 26 2001

Michael N. ...by Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**TOP RANK, INC., A FOREIGN CORPORATION** as Broadcast Licensee of the **SEPTEMBER 18, 1998 De La HOYA / CHAVEZ** Program,

Plaintiff,

v.

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ; et al
Defendants.

**ORDER TO APPEAR TELEPHONICALLY**

Civil Action No. B-01-088
(636(c))

-----------------------------------------------------

Considering the motion of the plaintiff for permission to appear telephonically at the initial pretrial conference scheduled for November 29, 2001 at 2:00 p.m. CST.

ORDERED, that the November 29, 2001 Pretrial Conference at 2:00 p.m. CST be held telephonically.  Plaintiff's counsel shall initiate the telephonic conference.

Dated this 26 day of ~~October~~ November, 2001.

HON. FELIX RECIO
Magistrate Judge, United States District Court
956/548-2701