# CHAMBERS CONFERENCE

25

Felix Recio, U.S. Magistrate Judge
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

Law Clerk:     Ryan A Byrd

NOV 3 0 2001

Michael N. Milby
Clerk of Court

Date:     Nov 29, 2001, 2:00 pm
=====================================================================
C.A. NO. B01-088 (636(c))

TOP RANK, INC., A foreign Corporation          *     Julie Cohen Lonstein
as Broadcast Licensee of the
September 18, 1998,
DE LA HOYA/CHAVEZ Program;

         VS

GEORGIANNA MARIE FRICKE, Individually,         *
d/b/a LOS TRES AMIGOS BAR and
LOS TRES AMIGOS BAR;


RODOLFO FONSECA & LIONEL DOMINGUEZ ROBLES,     *     Pro Se
Individually, d/b/a VFW POST 6719 PAT TUMLINSON
a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719 and
VFW post 6719 PAT TUMLINSON, a/k/a (VFW) VETERANS
OF FOREIGN WAR POST 6719

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

Telephonic conference held with attorney Julie Cohen Lonstein.

Ms. Lonstein informed the Court that on November 28, 2001, she mailed, for filing, an order for partial dismissal as to RODOLFO FONSECA, LIONEL DOMINGUEZ ROBLES, and VFW POST 6719 PAT TUMLINSON.

Ms. Lonstein advised the Court that she was unable to contact GEORGIANNA MARIE FRICKE and that Ms. FRICKE has not responded to the Motion for Summary Judgment filed on October 25, 2001.