UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2001

Michael N. Milby
Clerk of Court

---------------------------------------------------------------

**TOP RANK, INC., A FOREIGN CORPORATION** as Broadcast Licensee of the **SEPTEMBER 18, 1998 De La HOYA / CHAVEZ** Program,

Plaintiff,

-against-

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ a/k/a 4 ACES CAFÉ; *et al.*,

Defendants.

---------------------------------------------------------------

CIVIL ACTION NO.: B-01-088

## UNOPPOSED MOTION FOR PARTIAL DISMISSAL

**PLAINTIFFS, TOP RANK, INC., A FOREIGN CORPORATION,** plaintiffs in the above entitled action having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to the defendants,

**RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES, Individually, d/b/a VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719 and VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719**

be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This motion is specific to said defendant and does not effect the remaining claims against any other named defendant.

Dated: November 13, 2001
Ellenville, New York

TOP RANK, INC., A FOREIGN CORPORATION

By: _____
Julie Cohen Lonstein., Esq.
Attorney for Plaintiff
Attorney in Charge
NYS Bar Roll No. 2393759
S.D. T.X. Admission No. 21857
1 Terrace Hill : P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the ____th day of November, 2001:

Jason Mann, Esq.
Mann & Mann
PO Box 231
Harlingen, TX 78551

Gustavo Garza, Esq.
464 West Hidalgo St
Suite 1
Raymondville, TX 78580

By:[x] U.S. Mail, postage prepaid

_____
JULIE COHEN LONSTEIN

**UNITED STATES DISTRICT COURT**