27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

TOP RANK                          *
VS                                *   CASE NO. B-01-088
GABRIEL MARTINEZ, ET AL           *

DEC 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER STRIKING DOCUMENT

The Clerk has filed your #26 Unopposed Motion for Partial Dismissal; however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. ___   Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ___   Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ___   One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   (b)   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ___   A copy of the filing was not provided (LR.5.2).

5. ___   No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ___   No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ___   Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ___   A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. ✓    Other: Certificate of Service is not complete, no date shown; and no statement or signature from opposing party to show whether motion is opposed.

The document is stricken from the record.

Date: 12-5-01

Felix Recio, United States Magistrate Judge