B-01-088

29

AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE 7-17-01    DEC 26 2001

NAME OF SERVER (PRINT) Sam Wallace

TITLE Process Server    Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Freddy Conde husband of owner

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-17-01
              Date                    Signature of Server

943 N. Expressway #15-6
Address of Server
Brownsville, tx 78520

Rebecca A. Calvo



REBECCA A. CALVO
Notary Public, State of Texas
My Commission Expires
MARCH 4, 2002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.