B - 01 - 088

United States
Southern

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DEC 2 6 2001

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7-17- |
| NAME OF SERVER (PRINT) Sam Wallace | TITLE Process Server |

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Eddie Chapa Comander of VFW

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-17-01
                    Date

Signature of Server

943 N. Expressway #15-6
Address of Server

Brownsville, tx 78520



REBECCA A. CALVO
Notary Public, State of Texas
My Commission Expires
MARCH 4, 2002

Rebecca A. Calvo

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure