36

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2002

Michael N. Milby
Clerk of Court

-----------------------------------------------------------

**TOP RANK, INC., A FOREIGN CORPORATION** as Broadcast Licensee of the **SEPTEMBER 18, 1998 De La HOYA / CHAVEZ** Program,

              Plaintiff,

v.

GABRIEL MARTINEZ, *et al*
              Defendants.

-----------------------------------------------------------

Civil Action No. B-01-088

## DESIGNATION OF LOCAL COUNSEL

COME NOW the Plaintiff, **TOP RANK, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates Jason R. Mann, Esq. of J. Edward Mann, Jr. & Associates, with offices at Bank of America Tower, 222 East Van Buren, Suite 701, Harlingen, TX 78550, as resident counsel for the Plaintiff.

Dated: January 16, 2002

                                                              TOP RANK, INC.

                                By: _____
                                         JULIE COHEN LONSTEIN, ESQ.
                                         Attorney for Plaintiff
                                         Attorney in Charge
                                         NYS Bar Roll No. 2393759
                                         S.D. T. X. Admission No. 21857
                                         1 Terrace Hill, P.O. Box 351
                                         Ellenville, New York 12428
                                         Tel: (845) 647-8500
                                         Fax: (845) 647-6277