37

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

TOP RANK, INC., A FOREIGN CORPORATION
as Broadcast Licensee of the SEPTEMBER 18, 1998
De La HOYA / CHAVEZ Program,
           Plaintiff,

CIVIL ACTION NO.: B-01-088
(636(c))

-against-

GABRIEL MARTINEZ, Individually, d/b/a 4-ACRES
CAFÉ a/k/a 4 ACES CAFÉ and 4-ACRES CAFÉ
a/k/a 4 ACES CAFÉ; et al.,
           Defendants.

---

## ORDER OF PARTIAL DISMISSAL

**PLAINTIFFS, TOP RANK, INC., A FOREIGN CORPORATION**, plaintiffs in the above entitled action having moves that the above entitled action specifically pertaining to the defendants **RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES, Individually, d/b/a VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719 and VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719** be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause having been shown, it is hereby

    **ORDERED** that the above entitled action specifically pertaining to the defendants,

**RODOLFO FONSECA and LIONEL DOMINGUEZ ROBLES, Individually, d/b/a VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719 and VFW POST 6719 PAT TUMLINSON a/k/a (VFW) VETERANS OF FOREIGN WAR POST 6719** be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, It is further

    **ORDERED**, that this ORDER is specific to said defendant and does not effect the remaining claims against any other named defendant.

Dated: 2-13-2002
Brownsville, TX

_____
Felix Recio
U.S. Magistrate Judge