## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 21 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| TOP RANK, INC., a Foreign Corporation<br>as Broadcast Licensee of the September 18,<br>1998, De La Hoya/Chavez Program<br>    VS<br><br>GEORGIANNA MARIE FRICKE,<br>Individually, d/b/a LOS RES AMIGOS BAR<br>And LOS TRES AMIGOS BAR | C.A. NO. B-01-088 |

## ORDER SETTING HEARING

Plaintiff's Motion to Motion for Summary Judgment, in the above-captioned cause of action, is hereby set for a hearing on April 24, 2002, at 2:00 p.m. If no appearance is made, the Motion for Summary Judgment will be sent to the U.S. District Judge with a recommendation that it be granted.

DONE at Brownsville, Texas, this 21st day of March 2002

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520