```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   G Mendieta
CSO                :   Salinas
Law Clerk          :   R Bryd
Date               :   April 24, 2002 at 2:00 p.m.
```

United States District Court
Southern District of Texas
FILED

APR 2 4 2002

Michael N. Milby
Clerk of Court

CIVIL CASE NO.   1:01cv88 (636(c))

Top Rank, Inc., et al                    *        Jason Mann

vs                                       *

Georgianna Marie Fricke et al            *

## HEARING ON MOTION FOR SUMMARY JUDGMT

Attorney Jason Mann present, as local counsel, for the Plaintiff;
Defendant Fricke not present;

The Court instructs the CSO to call for the defendant out in the lobby;
The CSO reports there was no response;

The Court states the deft was sent notice by cert-mail and regular mail; the letter by cert-mail was returned unclaimed and the letter by regular mail was not returned;
The Court finds the deft to be unavailable and not responding to the notices;
The Court will recommend to the District Judge that the Summary Judgmt be granted;

Court adjourned.