UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TOP RANK, INC., <br> Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. B-01-088 |
| GEORGIANNA MARIE FRICKE, <br> Individually, d/b/a/ LOS TRES AMIGOS <br> BAR and LOS TRES AMIGOS BAR, <br> Defendant | § <br> § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation be adopted. Furthermore, Plaintiff's Motion for Summary Judgment (Doc. #7) is GRANTED. Plaintiff is ORDERED to submit to the Court evidence in support of the amount of damages they are entitled to in this case.

DONE in Brownsville, Texas on this 14 day of June, 2002.

Hilda G. Tagle
United States District Judge